IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MORASCH MEATS, INC.,                         3:16-CV-00269-PK
an Oregon corporation,
                                             ORDER
                    Plaintiff,

v.

FREVOL HPP, LLC fka FRESHER
EVOLUTION HPP, L.L.C., a
Michigan limited liability
company, dba NEXT HPP;
ALL NATURAL FRESHNESS, L.L.C.,
a Michigan limited liability
company; ALL NATURAL FRESHNESS,
INC., a Michigan corporation;
GERALD R. LUDWICK, an individual;
and PAIGE M. RAIFSNIDER LUDWICK,
an individual,

                    Defendants.


BROWN, Judge.

     Magistrate Judge Paul Papak issued Findings and

Recommendation (#15) on May 5, 2016, in which he recommends this

Court deny Defendants' Motion (#12) to Dismiss and deny Defendants' Alternative Motion (#12) for a More Definite Statement.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *See Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009)*.  See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.


<u>**CONCLUSION**</u>

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#15).  Accordingly, the Court **DENIES** Defendants' Motion (#12) to Dismiss and **DENIES** Defendants' Alternative Motion (#12) for a More Definite Statement.

IT IS SO ORDERED.

DATED this 15th day of June, 2016.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge


2 - ORDER