**Alexander C. Trauman**, OSB No. 075491
atrauman@portlaw.com
**MOTSCHENBACHER & BLATTNER LLP**
117 SW Taylor St., Suite 300
Portland, OR 97204
Telephone: (503) 417-0500
Facsimile: (503) 417-0501

**Michelle E. Vocht** (admitted *pro hac vice*)
vocht@rsmv.com
**ROY, SHECTER & VOCHT, P.C.**
707 S. Eton St.
Birmingham, MI 48304
Telephone:  (248) 540-7660
Facsimile:  (248) 540-0321

    Of Attorneys for Defendants

UNITED STATE DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MORASCH MEATS, INC., an Oregon corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>FREVOL, HPP, LLC f/k/a FRESHER EVOLUTION HPP, L.L.C., et al.,<br>    Defendants. | Case No. 3:16-cv-00269-PK<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

    NOTICE IS HEREBY GIVEN, that Alex C. Trauman, and the firm of Motschenbacher &

Blattner, LLP, and Michelle E. Vocht, of the firm Roy, Shecter & Vocht, P.C. hereby enter an appearance

and are substituted as counsel for Defendants Frevol HPP, LLC fka Fresher Evolution HPP, L.L.C., All

Page 1 – NOTICE OF SUBSTITUTION OF COUNSEL

**MOTSCHENBACHER & BLATTNER LLP**
117 SW Taylor Street, Suite 300
Portland, OR  97204-3029
Telephone:  503-417-0500  •  Fax:  503-417-0501

Natural Freshness, Inc. aka All Natural Freshness, LLC, and Gerald R. Ludwick in the above-captioned matter.  Contact information for counsel is as follows:

>**Alexander C. Trauman**, OSB No. 075491
>atrauman@portlaw.com
>**MOTSCHENBACHER & BLATTNER LLP**
>117 SW Taylor St., Suite 300
>Portland, OR 97204
>Telephone: (503) 417-0500
>Facsimile: (503) 417-0501
>
>**Michelle E. Vocht**
>vocht@rsmv.com
>**ROY, SHECTER & VOCHT, P.C.**
>707 S. Eton St.
>Birmingham, MI 48304
>Telephone:  (248) 540-7660
>Facsimile:  (248) 540-0321

All future pleadings, notices and other communications should be directed to the above addresses.

DATED: September 23, 2016.

>/s/ Alex C. Trauman
>**Alexander C. Trauman**, OSB No. 075491
>atrauman@portlaw.com
>**MOTSCHENBACHER & BLATTNER LLP**
>117 SW Taylor Street, Suite 300
>Portland, OR 97204
>Telephone: (503) 417.0500
>Facsimile: (503) 417.0501
>
>**Michelle E. Vocht**
>(admitted *pro hac vice*)
>vocht@rsmv.com
>**ROY, SHECTER & VOCHT, P.C.**
>707 S. Eton St.
>Birmingham, MI 48304
>Telephone:  (248) 540-7660
>Facsimile:  (248) 540-0321
> Of Attorneys for Defendants

H:\ATrauman\ROYSHE.3544\Morasch Meat Litigation.001\Pleadings\Notice of Substitution of Counsel.docx

Page 2 – NOTICE OF SUBSTITUTION OF COUNSEL