IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MORASCH MEATS, INC.,                    3:16-CV-00269-PK

        Plaintiff,                     ORDER

v.

FREVOL HPP, LLC, fka
FRESHER EVOLUTION HPP,
L.L.C., et al.,

        Defendants.

BROWN, Judge.

    Magistrate Judge Paul Papak issued Findings and Recommendation (#77) on January 18, 2017, in which he recommends this Court grant the Motion (#47) to Dismiss of Defendant Paige M. Raifsnider Ludwick and dismiss Plaintiff's claims against her without prejudice for lack of personal jurisdiction. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and

1 - ORDER

Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *See Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#77). Accordingly, the Court **GRANTS** the Motion (#47) to Dismiss of Defendant Paige M. Raifsnider Ludwick and **DISMISSES without prejudice** Plaintiff's claims against Defendant Raifsnider Ludwick for lack of personal jurisdiction.

IT IS SO ORDERED.

DATED this 9th day of February, 2017.

_____
ANNA J. BROWN
United States District Judge

2 - ORDER