UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

MORASCH MEATS, INC., an
Oregon Corporation,

    Plaintiff,

v.

FREVOL, HPP, LLC f/k/a
FRESHER EVOLUTION HPP, LLC,
et al.,

    Defendants.

Case No.: 3:16-cv-00269-PK

---

| | |
|---|---|
| Dayna Jean Christian<br>Immix Law Group<br>600 NW Naito Parkway, Suite G<br>Portland, OR 97209<br>Telephone: (503) 802-5533 | Michelle E. Vocht<br>Roy, Schecter & Vocht, PC<br>707 S. Eton Street<br>Birmingham, MI 48009<br>Telephone: (248) 540-7660 |
| Nicholas M. Drum<br>Nicole L. McMillan<br>Immix Law Group<br>121 S.W. Salmon Street, Suite G<br>Portland, OR 97209<br>Telephone: (503) 802-5547 | |

---

### SUGGESTION OF BANKRUPTCY

Defendant, Gerald Ludwick, by and through his bankruptcy attorneys, Rayman & Knight, would show unto this Court as follows:

1. That on June 18, 2018 said Defendant filed a voluntary Chapter 7 Petition in the United States Bankruptcy Court for the Western District of Michigan, Case Number 18-02714.

2. That, pursuant to §362 of the Bankruptcy Code, an automatic stay is in effect.

3. That all of the Defendant's property is subject to the jurisdiction of the United States Bankruptcy Court for the Western District of Michigan.

4. That said proceedings have not been dismissed and that the claim of the Plaintiff in this cause is founded upon a claim which a discharge in bankruptcy would release and that the right to discharge has not been determined by the Court, nor lost nor waived.

5. That this Suggestion of Bankruptcy does not constitute an appearance of the undersigned counsel on behalf of the Debtor in the above-styled proceeding.

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished by first-class mail to Dayna Jean Christian, Immix Law Group, 600 NW Naito Parkway, Suite G, Portland, OR 97209 and Nicholas M. Drum, Nicole L. McMillan, Immix Law Group, 121 S.W. Salmon Street, Suite 1000, Portland, OR 97204-2089 on this 19th day of June, 2018.

**RAYMAN & KNIGHT**
Bankruptcy Attorneys for Gerald R. Ludwick

Dated: June 19, 2018    By: /s/ Steven L. Rayman
Steven L. Rayman (P30882)

BUSINESS ADDRESS:
141 East Michigan Avenue, Suite 301
Kalamazoo, MI 49007
Telephone: (269) 345-5156